UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARLOWE NATHANIEL BROOKS,  Civil No. 09-1388 ADM/AJB

    Petitioner,

v.  O R D E R

JOHN KING,

    Respondent.

___

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 9, 2009, all the files and records, and no objections having been filed to said Recommendation[1],

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: November 3, 2009

                              s/Ann D. Montgomery
                              _____
                              Judge Ann D. Montgomery
                              U. S. District Court

---

[1] By Order of October 1, 2009, [Docket No. 11] the Court extended Petitioner's time to file objections from September 23, 2009, to October 15, 2009. No objections have been filed.